the matters were remanded to a single judge sitting in reappraisement for determination of the value of the merchandise in the manner provided by law (28 U. S. C. § 2636 (d)).

No. 58738.—Royal Coin Company, Inc. v. United States, protest 238437–K (New York).

Opinion by WILSON, J. An examination of the official papers failing to disclose any reason for disturbing the action of the collector, which was presumptively correct, the protest was dismissed.

No. 58739.—W. Pearce & Brothers, Inc. v. United States, protest 240148–K (New York).

Opinion by WILSON, J. An examination of the official papers failing to disclose any reason for disturbing the action of the collector, which was presumptively correct, the protest was dismissed.

BEFORE THE SECOND DIVISION, FEBRUARY 3, 1955

No. 58740.—E. W. Smith and Company v. United States, protest 221927–K (San Francisco).

Opinion by LAWRENCE, J. An examination of the official papers failing to disclose any reason for disturbing the action of the collector, which was presumptively correct, the protest was overruled.

No. 58741.—Geo. S. Bush & Co., Inc. v. United States, protests 179508–K, etc. (Seattle).

Opinion by RAO, J. It was stipulated that the merchandise consists of magnesium articles similar in all material respects to those which were the subject of Geo. S. Bush & Co., Inc. v. United States (32 Cust. Ct. 316, C. D. 1620) and that the said articles are unfinished parts of internal-combustion engines of the carburetor type similar to those involved in Geo. S. Bush & Co., Inc. v. United States (41 C. C. P. A. 33, C. A. D. 525). Upon the agreed statement of facts and following the cited decisions, the claims of the plaintiff were sustained.

No. 58742.—Calif-Asia Rattan Company and Williams, Clarke Company v. United States, protest 226524–K (Los Angeles).

Opinion by RAO, J. In accordance with stipulation of counsel that the merchandise consists of floor coverings, composed wholly or in chief value of rush and not of grass or of rice straw, which do not have a felt base, the same in all material respects as those the subject of Abstracts 57889 and 57890, the claim of the plaintiffs was sustained.

**No. 58743.**—Rattancraft of California and James Loudon & Co., Inc. *v.* United States, protest 226707–K (Los Angeles).

Opinion by RAO, J. In accordance with stipulation of counsel that the merchandise consists of floor coverings, composed wholly or in chief value of rush and not of grass or of rice straw, which do not have a felt base, the same in all material respects as those the subject of Abstracts 57889 and 57890, the claim of the plaintiffs was sustained.

**No. 58744.**—Modernophone, Inc., and H. S. Dorf & Co., Inc., et al. *v.* United States, protests 167434–K, etc. (New York).

Opinion by RAO, J. In accordance with stipulation of counsel that the merchandise is similar in all material respects to the paper coverings containing phonograph records the subject of *United States* v. *Radio Corp. of America, RCA Victor Division* (41 C. C. P. A. 137, C. A. D. 541), the claim of the plaintiffs was sustained.

**No. 58745.**—The London Gramophone Corp. *v.* United States, protests 229106–K, etc. (New York).